IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JEFFERY J. McDONALD,

       Petitioner,

v.                                  Case No.  5D17-1380

STATE OF FLORIDA,

       Respondent.
_____/

Opinion filed June 9, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Jeffery J. McDonald, Clermont, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 15, 2016 Final Order Denying Defendant's Second Addendum to Motion for Postconviction Relief,  filed in Case No. 2007-002233-CFAWS, in the Circuit Court in and for Volusia County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

COHEN, C.J., EVANDER and LAMBERT, JJ., concur.